AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Roy Smith, Et. Al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:10cv184 HTW-LRA |
| Lea Barrett, Et. Al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dan Brown
Member of the Brookhaven School
District Board of Trustees
826 East Court Street
Brookhaven, Mississippi 39601

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charles E. Miller
116 5th Avenue (39648)
P. O. Box 1303
McComb, Mississippi 39649

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR 3 0 2010                           N. Dean
                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Roy Smith, Et. Al. )<br>_Plaintiff_ )<br>v. )<br>Lea Barrett, Et. Al. )<br>_Defendant_ ) | Civil Action No. 3:10cv184 HTW-LRA |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Carl Aycock
Member of the Brookhaven School
District Board of Trustees
826 East Court Street
Brookhaven, Mississippi 39601

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles E. Miller
116 5th Avenue (39648)
P. O. Box 1303
McComb, Mississippi 39649

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __MAR 3 0 2010__       _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| Roy Smith, Et. Al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:10cv184 HTW-LRA |
| Lea Barrett, Et. Al. | ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Karen Braden
　　　　　　　　　　　　　　　　　　Member of the Brookhaven School
　　　　　　　　　　　　　　　　　　District Board of Trustees
　　　　　　　　　　　　　　　　　　826 East Court Street
　　　　　　　　　　　　　　　　　　Brookhaven, Mississippi 39601

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　Charles E. Miller
　　　　　　　　　　　　　　　　　　　　116 5th Avenue (39648)
　　　　　　　　　　　　　　　　　　　　P. O. Box 1303
　　　　　　　　　　　　　　　　　　　　McComb, Mississippi 39649

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Date:　　MAR 3 0 2010　　　　　　　　　　　　　　　　N. Dean
　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| Roy Smith, Et. Al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:10cv 184 HTW-LRA |
| Lea Barrett, Et. Al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Willie Harrison
Member of the Brookhaven School
District Board of Trustees
826 East Court Street
Brookhaven, Mississippi  39601

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles E. Miller
116 5th Avenue (39648)
P. O. Box 1303
McComb, Mississippi  39649

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR 3 0 2010    _____N. Deen_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| Roy Smith, Et. Al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 3:10cv184 HTW-LRA |
| Lea Barrett, Et. Al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lea Barrett
Superintendent
The Brookhaven School District
826 East Court Street
Brookhaven, Mississippi 39601

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles E. Miller,
116 5th Avenue (39648
P. O. Box 1303
McComb, Mississippi  39649

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **MAR 3 0 2010**                          *N. Dean*
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Roy Smith, Et. Al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:10cv184 HTW-LRA |
| Lea Barrett, Et. Al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brookhaven School District
826 East Court Street
Brookhaven, Mississippi 39601

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Charles E. Miller
116 5th Avenue (39648)
P. O. Box 1303
McComb, Mississippi 39649

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR 30 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Roy Smith, Et. Al. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 3:10 cv184 HTW-LRA |
| Lea Barrett, Et. Al. ) | |
| Defendant ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Rod Henderson
Principal of Alexander Junior High School
Brookhaven, Mississippi 39601

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Charles E. Miller
116 5th Avenue (39648)
P. O. Box 1303
McComb, Mississippi 39649

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR 3 0 2010            *N. Dean*
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Roy Smith, Et. Al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:10cv184 HTW-LRA |
| Lea Barrett, Et. Al. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stan Patrick
Member of the Brookhaven School
District Board of Trustees
826 East Court Street
Brookhaven, Mississippi  39601

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Charles E. Miller
116 5th Avenue (39648)
P. O. Box 1303
McComb, Mississippi  39649

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___MAR 3 0 2010___     ___N. Dean___
*Signature of Clerk or Deputy Clerk*